**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**FAIRPORT ASSET MANAGEMENT**                                        **PLAINTIFF**
**REO 2, LLC**

**V.**                                                                                        **NO. 4:25-CV-52-DMB-DAS**

**MELVIN S. CLANTON FARM,
MELVIN SCOTT CLANTON, and
ANDREA DOLER CLANTON**                                          **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the order issued this date, judgment is entered in favor of Fairport Asset Management REO 2, LLC, against the defendants in the amount of $709,712.84, with interest from September 26, 2025, through this date at the rate of $85.98547 per diem; $111,931.25 for attorney's fees and expenses; and post-judgment interest at the statutory rate.

**SO ORDERED**, this 30th day of January, 2026.

                                                                        /s/Debra M. Brown
                                                                        **UNITED STATES DISTRICT JUDGE**